**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western District of Texas

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Artisan's Cabinetry and Woodworks, LLC |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 4 8 0 4 0 4 6 |

**4. Debtor's address**

**Principal place of business**

2200 S. Church Street
Number        Street

Georgetown, TX 78626
City                               State    ZIP Code

Williamson
County

**Mailing address, if different from principal place of business**

Number        Street

City                               State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                               State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | http://www.artisans-cw.com/ |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Artisan's Cabinetry and Woodworks, LLC                                    Case number (if known) _____
                Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
   2   3   8   3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                                              MM / DD / YYYY

          District _____  When _____  Case number _____
                                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

          District _____  When _____
                                                    MM / DD / YYYY

          Case number, if known _____

Debtor  Artisan's Cabinetry and Woodworks, LLC                    Case number (if known) _____
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                   Number    Street<br><br>                   _____<br>                   City                    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/09/2023
          MM/  DD/  YYYY

X  /s/ Christopher Wallace                          Christopher Wallace
Signature of authorized representative of debtor        Printed name

Title            Managing Member

**18. Signature of attorney**

X          /s/ Kimberly Nash          Date  10/09/2023
Signature of attorney for debtor                 MM/  DD/  YYYY

Kimberly Nash
Printed name

Law Office of Kimberly Nash P.C.
Firm name

Po Box 162932
Number        Street

Austin                      TX     78716-2932
City                           State    ZIP Code

                                kimberly@kimberlynashlaw.com
Contact phone                             Email address

24043840                          TX
Bar number                           State

Fill in this information to identify the case:

Debtor Name  **Artisan's Cabinetry and Woodworks, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Simmons Bank** | **Checking account** | 0  1  2  2 | $2,099.49 |
| 3.2. **Wells Fargo #3508** | **Checking account** | 3  5  0  8 | $26,533.20 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $28,632.69 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

Debtor    **Artisan's Cabinetry and Woodworks, LLC**                                   Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 7.2 | _____ | _____ |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9.  **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                                                       ┌─────────┐
                                                                                                            │ _____ │
                                                                                                            └─────────┘

---

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

                                                                                        **Current value of
                                                                                        debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:  ___**unknown**___  -  ___**unknown**___  =..... ➔         **$168,546.72**
                              face amount          doubtful or uncollectible accounts

   11b. Over 90 days old:    ___**$56,454.28**___  -  ___**unknown**___  =..... ➔        **$56,454.28**
                              face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.                ┌──────────────┐
                                                                                          │ **$225,001.00** │
                                                                                          └──────────────┘

---

**Part 4:**    Investments

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

| | | |
|---|---|---|
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                          % of
                                                            ownership:

| | | | |
|---|---|---|---|
| 15.1 _____ | _____ | _____ | _____ |
| 15.2 _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

Debtor　　**Artisan's Cabinetry and Woodworks, LLC**　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　　Name

| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| _____ |
| --- |

| **Part 5:** | Inventory, excluding agriculture assets |
| --- | --- |

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19.** **Raw materials** | | | | |
| Paints and Stains | MM / DD / YYYY | unknown | Debtor | $35,965.00 |
| Storage Unit S.A. stores parts | MM / DD / YYYY | unknown | | $1,500.00 |
| **20.** **Work in progress** | | | | |
| Production House $6,018.16, Painted doors in production $3,300 | MM / DD / YYYY | unknown | Debtor | $9,318.16 |
| **21.** **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22.** **Other inventory or supplies** | | | | |
| Supplies: primers, sealers, thinners, clear coats, rags, sandpaper | MM / DD / YYYY | unknown | Debtor | $350.00 |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $47,133.16 |
| --- |

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

Debtor    **Artisan's Cabinetry and Woodworks, LLC**                              Case number *(if known)* _____
              Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.                                                              _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

| Debtor | Artisan's Cabinetry and Woodworks, LLC | | | Case number (if known) | |
|--------|-----|--|--|-----|--|
| | Name | | | | |

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|---------------------|-----------------------|-----------------------|---------------------|
| 39. | **Office furniture** | | | |
| | 4 Desk Chairs | unknown | Debtor | $150.00 |
| | 2 Desk | unknown | Debtor | $250.00 |
| 40. | **Office fixtures** | | | |
| | PAINT SPRAY BOOTH, APPROXIMATELY 24' X 12', | unknown | | $5,000.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | EZ PAINT EXHAUST SYSTEMS | unknown | | $6,000.00 |
| | DANTHERM FILTRATION DUST COLLECTOR | unknown | | $7,150.00 |
| | LOT SUPPORT EQUIPMENT THROUGHOUT TO INCLUDE: HAND TOOLS, POWER TOOLS, PAINT SPRAY EQUIPMENT, FANS, PALLET RACKS, WAREHOUSE EQUIPMENT, OFFICE EQUIPMENT, COMPUTER HARDWARE, ETC. | unknown | | $10,000.00 |
| | CLARK FORKLIFT, MODEL GCX20 | unknown | | $3,000.00 |
| | NISSAN FORKLIFT | unknown | | $500.00 |
| | DAEWOO GC15 FORKLIFT | unknown | | $2,500.00 |
| | HP Server/Workstation | unknown | Debtor | $300.00 |
| | Dell Laptop | unknown | Debtor | $200.00 |
| | UNIQUE MACHINE & TOOL COMPANY 4500 SHAPE & SAND, MODEL 4522, SERIAL NUMBER 0156064522 | unknown | | $18,900.00 |
| | RFS PROTECH SLANT GLUER, MODEL 3648 | unknown | | $7,200.00 |
| | TIMESAVER SERIES 2300 BELT SANDER, 3-HEAD | unknown | | $10,700.00 |
| | FERRARI A MATIC POWER ROUTER | unknown | | $2,500.00 |
| | 2 x JAMES L TAYLOR CLAMP TABLES, MODEL 79K-8-DDC | unknown | | $8,000.00 |
| | NORTHTECH INDUSTRIAL MACHINE CHOP SAW, MODEL NT-CS14L-53, SERIAL NUMBER 060121 (2006 | unknown | | $3,250.00 |
| | GRIZZLEY DUST COLLECTOR, 2 BAG, 3 HP, SERIAL NUMBER 8805838 | unknown | | $450.00 |
| | HOLZHER 1260 PANEL SAW, SERIAL NUMBER 5006598 (2006) | unknown | | $6,750.00 |
| | HUSKY AIR COMPRESSOR, 60 GALLON , 3.7 HP | unknown | | $425.00 |
| | HOLZHER PRIMUS 1436 S EDGE BANDER | unknown | | $7,500.00 |
| | KAESER AIRCENTER AS20T, SERIAL NUMBER 1272 (2007 | unknown | | $5,600.00 |
| | KOMO SOLUTION VR510TG CNC ROUTER, SERIAL NUMBER 56101-06 (2006) WITH TRAVAINI PUMPS USA, GE FANUC CONTROL | unknown | | $37,100.00 |

Debtor    Artisan's Cabinetry and Woodworks, LLC                 Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| KOMO VR512 MACH ONE CNC ROUTER, SERIAL NUMBER 30848-03-01-00 (2000) WITH INDUSTRIAL VACUUM PUMP, GE FANUC CONTROLS | unknown | $15,000.00 |
| SAW STOP TABLE SAW | unknown | $1,500.00 |
| UNIQUE MACHINE & TOOL COMPANY COPING MACHINE, MODEL 265-2, SERIAL NUMBER 0121060265-i | unknown | $2,800.00 |
| UNIQUE MACHINE & TOOL COMPANY STILE MACHINE, MODEL 318HISV, SERIAL NUMBER 0228060318HI | unknown | $7,850.00 |
| RAZORGAGE UPCUT SAW | unknown | $11,250.00 |
| UNIQUE GLUE CLAMP | unknown | $1,425.00 |
| DIEHL RIP SAW, MODEL ESL30, SERIAL NUMBER 06M-6-839-6255 | unknown | $9,600.00 |
| UNIQUE MACHINE & TOOL COMPANY FRAME ASSEMBLY, MODEL 82, SERIAL NUMBER 0556050073 | unknown | $2,500.00 |
| RITTER POCKET HOLE MACHINE, MODEL R201T, SERIAL NUMBER 111 (2008) | unknown | $850.00 |
| DEWALT RADIAL ARM SAW, MODEL DW713 | unknown | $150.00 |
| GRIZZLEY G0513 VERTICAL BAND SAW, 17" | unknown | $750.00 |
| KAESAR AIR COMPRESSOR, MODEL TB19, SERIAL NUMBER 1620 | unknown | $3,700.00 |
| BOSCH RA1171 ROUTER | unknown | $100.00 |
| DEWALT RADIAL ARM SAW, MODEL DW715 | unknown | $125.00 |
| RIDGID DRILL PRESS, MODEL DP15501, SERIAL NUMBER AM035021710 | unknown | $250.00 |
| COL-MET EZ HEAT & CUR INFRARED OVEN | unknown | $20,350.00 |
| (3) 2021 Lenovo Idea Pad Laptop | unknown | $2,547.00 |
| (6) 2021 HP Monitor VH240A | unknown | $1,200.00 |
| Commercial Paint Guns | unknown | $10,816.00 |
| Conveyor Belt | unknown | $8,803.91 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

     42.1 _____  _____  _____  _____

     42.2 _____  _____  _____  _____

     42.3 _____  _____  _____  _____

43. **Total of Part 7**                                                    $244,991.91
     Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

     ☑ No

     ☐ Yes

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2007 Ford F150 / VIN: 1FTRF12277KD58088** | unknown | Tx Dept of Motor Vehicles | $2,100.00 |
| 47.2 **2017 Hindo 268A 26' Box Truck / VIN: 5PVNJ8JV6H4S63271** | unknown | Debtor | $20,000.00 |
| 47.3 **2006 Mazda B2300 / VIN: 4F4YR12D56PM04126** | unknown | Texas Dept. of Motor Vehicles | $2,600.00 |
| 47.4 **2006 Chevrolet EXPRESS G1500 / VIN: 1GCFG15X261162510** | unknown | Texas Dept. of Motor Vehicles | $2,000.00 |
| 47.5 **2004 Chevrolet G31 Box Truck 12' / VIN: 1GBJG314641224543** | unknown | Debtor | $10,000.00 |
| 47.6 **2011 Chevrolet Box Truck 16; / VIN: 1GB3G3CB1172186** | unknown | Debtor | $10,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

48.2

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$46,700.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Artisan's Cabinetry and Woodworks, LLC**      Case number *(if known)* _____
     Name

| Part 9: | Real property |
|---|---|

**54.**   **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Lease- No equitable Interest / 2200 S Church St 103 Georgetown, TX 78626-8093** | **Lease** | **unknown** | | **$0.00** |

**56.**   **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$0.00** |
|---|

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.**   **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites**<br>     **Website and domain http://www.artisans-cw.com/** | **unknown** | | **unknown** |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

| Debtor | Artisan's Cabinetry and Woodworks, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➡  _____
                    Total face amount   doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

_____   _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

Nature of claim   _____

Amount requested   _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor  **Artisan's Cabinetry and Woodworks, LLC**        Case number *(if known)* _____
                Name

| | |
|---|---|
| **Nature of claim** | |
| **Amount requested** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $28,632.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $225,001.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $47,133.16 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $244,991.91 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $46,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........................91a. | $592,458.76 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................... | | $592,458.76 |

**Fill in this information to identify the case:**

Debtor name    Artisan's Cabinetry and Woodworks, LLC

United States Bankruptcy Court for the:    Western    District of    Texas
                                                                    (State)

Case number (if known):

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**  **Creditor's name**

Globex Funding , LLC

**Creditor's mailing address**

2360 Lakewood Rd Ste 2

Toms River, NJ 08755-1929

**Creditor's email address, if known**

**Date debt was incurred**          7/13/2023

**Last 4 digits of account number**          2  7  2  3

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For AR: 1) Hardwood Specality Products; 2) LG Funding LLC; 3) Overton Funding LLC; **4) Globex Funding , LLC;** 5) IOU Financial;
For AR: 1) Hardwood Specality Products; 2) LG Funding LLC; 3) Overton Funding LLC; **4) Globex Funding , LLC;** 5) IOU Financial

**Describe debtor's property that is subject to a lien**

AR, AR

**Describe the lien**

Merchant Cash Advance

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | | $79,754.45 | $225,001.00 |

**Remarks:** Accounts receivable, cash, cash proceeds, accounts, chattle paper, equipment, gengeral intangibles, inventory, instruments related to the receipts, instruments related to the future receivables

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $568,323.65

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2 Creditor's name**

Hardwood Specality Products

**Creditor's mailing address**

Po Box 551

Taylor, TX 76574-0551

**Creditor's email address, if known**

_____

| **Date debt was incurred** | 5/23/2018 |
|---|---|

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     <u>For AR:</u> **1) Hardwood Specality Products**; 2) LG Funding LLC; 3) Overton Funding LLC; 4) Globex Funding , LLC; 5) IOU Financial; <u>For Wells Fargo #3508:</u> **1) Hardwood Specality Products**; 2) LG Funding LLC; 3) Overton Funding LLC; <u>For AR:</u> **1) Hardwood Speciality Products**; 2) LG Funding LLC; 3) Overton Funding LLC; 4) Globex Funding , LLC; 5) IOU Financial

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

AR, Wells Fargo #3508, AR

**Describe the lien**

UCC 18-0018094182

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $77,244.68 | $251,534.20 |

**Remarks:** Secured: All Accounts/AR/Inventory, Work in Progess, Finished Goods, Equipment, Machinery, Furniture, Fixtures, and effects, contract and contract rights, general intangibles, and proceeds and products thereof, now or hereafter owned or acquired by Debtor, wherever located

| | |
|---|---|
| Debtor | Artisan's Cabinetry and Woodworks, LLC |
| | Name |

Case number (if known) _____

---

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

IOU Financial

**Creditor's mailing address**

600 Townpark Ln Nw Ste 100

Kennesaw, GA 30144-3736

**Creditor's email address, if known**

_____

Date debt was incurred — 3/24/2023

Last 4 digits of account number — 1 6 2 3

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

AR, AR

**Describe the lien**

Promissory Note

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $258,324.52 | $225,001.00 |

**Remarks:** Borrower's now owned or hereafter acquired, created or arising property,including any right, title or interest in or to property of any kind
whatsoever whether real, personal or mixed, whether tangible or intangible including any property secured by a debt satisfied by the
proceeds of this loan, in each case regardless of where such property may be located and whether such property may be in the possession of Borrower, Lender or third party. Any and all amounts owing to borrower now or in the future from any merchant processors processing charges made by customers of Borrower via credit card or debit card transaction and all other tangible and intangible personal property, including but not limited to (I) inventory, (ii) equipment (iii) investment property, including certificated and uncertificated securities, securities accounts, security entitlements, commodity contacts' ad commodity accounts, (iv) instruments, including promissory

---

Debtor  Artisan's Cabinetry and Woodworks, LLC
 _____
 Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4** **Creditor's name**

LG Funding LLC

**Creditor's mailing address**

1218 Union St

Brooklyn, NY 11225-1512

**Creditor's email address, if known**

submissions@lgfunding.com

| **Date debt was incurred** | 3/30/2023 |
|---|---|

| **Last 4 digits of account number** | 2 0 2 3 |
|---|---|

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a lien**

AR, Wells Fargo #3508, AR

**Describe the lien**

Merchant Cash Advance

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $78,000.00 | $251,534.20 |
|---|---|

**Remarks:** All accounts, including without limitation, all deposits accounts, accounts receivable and other receivables, as those terms are defined by Article 9 of the UCC now or hereafter owned or acquired by any Seller, and all proceeds, as that term is defined by Article 9 of the UCC

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

Overton Funding LLC

$75,000.00  $251,534.20

**Creditor's mailing address**

2802 N 29th Ave

Hollywood, FL 33020-1506

**Creditor's email address, if known**

Underwriting@OvertonFundingLLC.com

**Date debt was incurred**     6/9/2023

**Last 4 digits of account number**     1  1  2  3

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a lien**

AR, Wells Fargo #3508, AR

**Describe the lien**

Merchant Cash Advance

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** Secured Party has purchased an interest in accounts and proceeds from Debtor, described as "receipts" in the agreement between Debtor and Secured Party, as a result, Secured Party has a security interest in such receipts. Receipts means all accounts receivable adn payment rights arising out of or relating to for Merchant's sale or delivery of goods and/or services due to Debtor after the date of the agreement, whether paid directly by Merchant's customers or paid by others on Merchant's customers' behalves or as reimbursements. Debtor and Secured Party intend that the sale of Receipts is a sale and not an assignment for security. Secured Party has been granted a security interest in all accounts and proceeds

Debtor    Artisan's Cabinetry and Woodworks, LLC

Case number (if known) _____

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David Fogel PC<br>1225 Franklin Ave Ste 522<br>Garden City, NY 11530-1753 | Line 2. _1_ | |
| Aubrey Thrasher<br>12 Powder Springs St Ste 240<br>Marietta, GA 30064-7205 | Line 2. _3_ | |
| Liberman & Klestzick<br>Po Box 356<br>Cedarhurst, NY 11516-0356 | Line 2. _4_ | |
| Liberman & Klestzick<br>Po Box 356<br>Cedarhurst, NY 11516-0356 | Line 2. _5_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name             Artisan's Cabinetry and Woodworks, LLC

United States Bankruptcy Court for the:
                        Western District of Texas

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

Aguirre Barajas, Jorge

3011 Bull Run

Taylor, TX 76574

Date or dates debt was incurred
9/23

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Net Pay due 9-18-23 to 10-7-23

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $1,226.40     Priority amount: $1,226.40

**2.2** | Priority creditor's name and mailing address

Basulto, Angel

604 Martin Luther King Jr St

Georgetown, TX 78626-5545

Date or dates debt was incurred
9/23

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Net Pay 9-18-23 10-7-23

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Wages

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $1,606.78     Priority amount: $1,606.78

| Debtor | **Artisan's Cabinetry and Woodworks, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page |
|---|---|

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,124.61 | $2,124.61 |
|---|---|---|---|---|

**Cardoza, Anthony**

**3708 Rocky Hollow Trl A**

**Georgetown, TX 78628-0456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/23**

Basis for the Claim:
**Wages**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Net Pay 9-18-23 to 10-7-23

---

| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,432.27 | $3,432.27 |
|---|---|---|---|---|

**Carrillo, Adam**

**2313 Butler Way**

**Round Rock, TX 78665-4667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/23**

Basis for the Claim:
**Wages**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Net Pay 9-18-23 to 10-7-2023

---

| **2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,987.78 | $3,987.78 |
|---|---|---|---|---|

**Castro, Elvis**

**24803 Catalan Clf**

**San Antonio, TX 78261-2440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/23**

Basis for the Claim:
**Wages**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Net Pay 9-18-23 to 10-7-2023 $3092.76
Insurance refund $895.02

---

Debtor   **Artisan's Cabinetry and Woodworks, LLC**
Name

Case number *(if known)*

---

**Part 1:** Additional Page

---

**2.6**

**Priority creditor's name and mailing address**

**Chacon, Brianna M**

**24803 Catalan Clf**

**San Antonio, TX 78261-2440**

**Date or dates debt was incurred**

**9/23**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-18-23 to 10-7-2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,696.28          $1,696.28

---

**2.7**

**Priority creditor's name and mailing address**

**Comptroller of Public Accounts**

**C/O Office of the Attorney General**
**Bankruptcy Collection Division MC-008**

**PO Box 12548**

**Austin, TX 78711-2548**

**Date or dates debt was incurred**

**5/1/2023**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Franchise Tax 2022**

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,000.00          $21,000.00

---

**2.8**

**Priority creditor's name and mailing address**

**Crow, Cody W**

**2325 County Road 127**

**Georgetown, TX 78626-2442**

**Date or dates debt was incurred**

**9/23**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-15-23 to 9-29-23 $244.93
            Insurance premiums June-Sept $895.02

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,139.95          $1,139.95

---

| Debtor | Artisan's Cabinetry and Woodworks, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Part 1: Additional Page

### 2.9

**Priority creditor's name and mailing address**

Dockens, Meagan A

1104 Morning Glory Cir

New Braunfels, TX 78130-8056

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023 $3165.83
Insurance premiums June-Sept $1796.90

**As of the petition filing date, the claim is:** $4,962.73    $4,962.73
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 2.10

**Priority creditor's name and mailing address**

Duarte, Primitivo

7216 Bethune Ave B

Austin, TX 78752

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023 $968.48
Insurance premiums June-Sept $895.02

**As of the petition filing date, the claim is:** $1,863.50    $1,863.50
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 2.11

**Priority creditor's name and mailing address**

Flores, Pedro S

1304 W Jackson St

Bartlett, TX 76511-4070

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-15 to 9-29

**As of the petition filing date, the claim is:** $807.07    $807.07
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.12**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,018.39 | $1,018.39 |
|---|---|---|---|

Garcia, Eddie B

508 E 20th St

Georgetown, TX 78626-8037

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.13**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,020.94 | $2,020.94 |
|---|---|---|---|

Garcia, Gabriel

736 W Clark St

Bartlett, TX 76511-4214

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.14**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $767.16 | $767.16 |
|---|---|---|---|

Garcia, Magdalena

201 Highland Dr Apt 622

Taylor, TX 76574-1850

**Date or dates debt was incurred**

6/1/2023

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks:
Health insurance premiums deducted from check from June-Sept.
$767.16

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

Wages--Health insurance preimums

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **Artisan's Cabinetry and Woodworks, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Part 1: | Additional Page |
| --- | --- |

**2.15** | **Priority creditor's name and mailing address**

**Gonzalez Peres, Reno**

**1001 Quail Valley Dr Apt 7201**

**Georgetown, TX 78626-8083**

**Date or dates debt was incurred**

**9/23**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023

As of the petition filing date, the claim is: $710.27      $710.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.16** | **Priority creditor's name and mailing address**

**Grewe, James**

**235 Eland Dr**

**San Antonio, TX 78213-3963**

**Date or dates debt was incurred**

**9/23**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023

As of the petition filing date, the claim is: $924.79      $924.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17** | **Priority creditor's name and mailing address**

**Hernandez Rojas, Humberto**

**2200 Tower Dr**

**Georgetown, TX 78626-7900**

**Date or dates debt was incurred**

**9/23**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023
          Insurance premiums June-Sept $895.02

As of the petition filing date, the claim is: $1,338.11      $1,338.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Part 1:** Additional Page

---

**2.18** Priority creditor's name and mailing address

Hernandez, Andy

2200 Tower Dr

Georgetown, TX 78626-7900

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023

As of the petition filing date, the claim is: $1,000.38     $1,000.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.19** Priority creditor's name and mailing address

Herrera, Fernando

512 Simon St

Taylor, TX 76574-4363

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023 $1040.30
       Health Insurance Premiums due $895.02

As of the petition filing date, the claim is: $1,935.32     $1,935.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address

Internal Revenue Service

Centralized Insolvency Operation

PO Box 7346

Philadelphia, PA 19101

**Date or dates debt was incurred**

12/31/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: $35,600.00     $35,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Federal Payroll Tax 2023

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Artisan's Cabinetry and Woodworks, LLC**
      Name

Case number *(if known)*

---

**Part 1:**  Additional Page

---

**2.21** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93,861.00 | $93,861.00
---|---|---|---|---

**Priority creditor's name and mailing address**

**Internal Revenue Service**

**Centralized Insolvency Operation**

**PO Box 7346**

**Philadelphia, PA 19101**

**Date or dates debt was incurred**

**12/31/2021**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:  **$93,861.00**   **$93,861.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Federal ERTC Amend 2021**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.22**

**Priority creditor's name and mailing address**

**Internal Revenue Service**

**Centralized Insolvency Operation**

**PO Box 7346**

**Philadelphia, PA 19101**

**Date or dates debt was incurred**

**12/31/2020**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:  **$28,064.00**   **$28,064.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Federal ERTC Amend 2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.23**

**Priority creditor's name and mailing address**

**Jimenez, William M**

**1807 Holly Springs Dr**

**Taylor, TX 76574-1771**

**Date or dates debt was incurred**

**9/23**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-18-23 to 10-7-2023

As of the petition filing date, the claim is:  **$2,480.75**   **$2,480.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.24** Priority creditor's name and mailing address

Juan-Huesca, Omar

500 Big Sur Trl

Taylor, TX 76574-7048

Date or dates debt was incurred

9/23

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023

As of the petition filing date, the claim is:     $646.99          $646.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address

Juan-Huesca, Oscar

2803 Tyler Ln

Taylor, TX 76574-5350

Date or dates debt was incurred

9/23

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023

As of the petition filing date, the claim is:     $648.89          $648.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address

Lainez W, Jose

1007 Kajon Cv

Georgetown, TX 78626-4625

Date or dates debt was incurred

9/23

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023

As of the petition filing date, the claim is:     $2,028.68          $2,028.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Wages

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:**  Additional Page

---

**2.27**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,254.29 | $2,254.29 |
|---|---|---|---|
| Lainez Zavala, Roger A | *Check all that apply.* | | |
| 1809 Rustlers Rd | ☐ Contingent | | |
| Round Rock, TX 78681-1981 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred
9/23/23

Basis for the Claim:
Wages

Last 4 digits of account
number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Net Pay 9-18-23 to 10-7-2023

---

**2.28**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,927.65 | $1,927.65 |
|---|---|---|---|
| Lay, Toby C | *Check all that apply.* | | |
| 905 N 10th St | ☐ Contingent | | |
| Temple, TX 76501-2649 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred
9/23

Basis for the Claim:
Wages

Last 4 digits of account
number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Net Pay 9-18-23 to 10-7-2023 $402.55
           Insurance premiums June-Sept $1,525.10

---

**2.29**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,429.84 | $2,429.84 |
|---|---|---|---|
| Luna, Jr., Alfonso R | *Check all that apply.* | | |
| Po Box 563 | ☐ Contingent | | |
| Granger, TX 76530-0563 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred
9/23

Basis for the Claim:
Wages

Last 4 digits of account
number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**
Remarks: Net Pay 9-18-23 to 10-7-2023 $1534.82
           Insurance premiums June-Sept $895.02

---

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

### 2.30

**Priority creditor's name and mailing address**

Martinez Peres, Carlos

604 Martin Luther King Jr St

Georgetown, TX 78626-5545

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-18-23 to 10-7-2023

**As of the petition filing date, the claim is:**  $1,134.53  $1,134.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.31

**Priority creditor's name and mailing address**

Mendoza, Jr., Julian C

116 Willow Dr

Hutto, TX 78634-3081

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-18-23 to 10-7-2023

**As of the petition filing date, the claim is:**  $3,340.83  $3,340.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.32

**Priority creditor's name and mailing address**

Meyer, Christopher T

4114 Belle Grove St

San Antonio, TX 78230-1604

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-18-23 to 10-7-2023 $534.39
Insurance premiums June-Sept $895.02

**As of the petition filing date, the claim is:**  $1,429.41  $1,429.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Artisan's Cabinetry and Woodworks, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1:  Additional Page

### 2.33

**Priority creditor's name and mailing address**

**Nellis, Glenn F**

**1019 Burkett St C**

**Taylor, TX 76574-3343**

**Date or dates debt was incurred**

**9/23**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-18-23 to 10-7-2023

**As of the petition filing date, the claim is:**   $2,795.69   $2,795.69
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 2.34

**Priority creditor's name and mailing address**

**Perry, Connie A**

**1316 Town Center Dr Apt 2833**

**Pflugerville, TX 78660-7301**

**Date or dates debt was incurred**

**9/23**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-18-23 to 10-7-2023 $1105.29
Insurance premiums June-Sept $895.02

**As of the petition filing date, the claim is:**   $2,000.31   $2,000.31
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 2.35

**Priority creditor's name and mailing address**

**Rodriguez, Paul L**

**1103 Vance St A**

**Taylor, TX 76574-2919**

**Date or dates debt was incurred**

**9/23**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-18-23 to 10-7-2023 $894.83
Insurance premiums June-Sept $895.02

**As of the petition filing date, the claim is:**   $1,789.85   $1,789.85
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1: Additional Page

### 2.36

**Priority creditor's name and mailing address**

Sanchez Rojas, Fernando

1001 Quail Valley Dr Apt 7201

Georgetown, TX 78626-8083

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023

**As of the petition filing date, the claim is:** $1,538.30    $1,538.30
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 2.37

**Priority creditor's name and mailing address**

Torres, Gerard

1001 Quail Valley Dr Apt 2202

Georgetown, TX 78626-8073

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023

**As of the petition filing date, the claim is:** $864.59    $864.59
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 2.38

**Priority creditor's name and mailing address**

Turcios Navarro, Jorge A

113 Ronald Rd

Georgetown, TX 78626-7652

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Remarks: Net Pay 9-18-23 to 10-7-2023 $1550.69
Insurance premiums June-Sept $575.37

**As of the petition filing date, the claim is:** $2,126.06    $2,126.06
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.39**

**Priority creditor's name and mailing address**

Villalobos, Jr., Arthur

610 Elliott St

Taylor, TX 76574-3749

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-18-23 to 10-7-2023 $2,416.26
          Insurance premiums June-Sept $895.02

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,311.28            $3,311.28

---

**2.40**

**Priority creditor's name and mailing address**

Wallace, Christopher B

906 W Lake Dr

Taylor, TX 76574-1521

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-18-23 to 10-7-2023 $3638.85
          Insurance premiums June-Sept $895.02

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,533.87            $4,533.87

---

**2.41**

**Priority creditor's name and mailing address**

Whistler, Joan L

115 Eagle Point Dr

Kingsland, TX 78639-4443

**Date or dates debt was incurred**

9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Net Pay 9-18-23 to 10-7-2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,242.60            $2,242.60

---

Debtor **Artisan's Cabinetry and Woodworks, LLC**                     Case number *(if known)* _____
_____
Name

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**Action Lift**
_____
**3010 CoRd 175**
_____
**Leander, TX 78641**
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Amount of claim: **$10,703.46**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**3.2** | Nonpriority creditor's name and mailing address
**Alva Advance LLC**
_____
**300 Arthur Godfrey Rd Ste 201a**
_____
**Miami Beach, FL 33140-3627**
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Cash Advance**

Amount of claim: **$104,590.00**

Date or dates debt was incurred  **7/13/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

**Remarks:**
All accounts including without limitation, all deposit accounts, AR, and other receivables, as those terms are defined by Article 9 of the UCC. All proceeds, as that term is defined by Art 9 of the UCC

**3.3** | Nonpriority creditor's name and mailing address
**American Express**
_____
**Po Box 981535**
_____
**El Paso, TX 79998-1535**
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Amount of claim: **$70,000.00**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  a  c  e  __

**3.4** | Nonpriority creditor's name and mailing address
**American Express**
_____
**200 Vesey Street**
_____
**New York, NY 10285**
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card - Platinum**

Amount of claim: **$70,000.00**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  1  0  0  6

| Debtor | Artisan's Cabinetry and Woodworks, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address

**American Express**

**200 Vesey Street**

**New York, NY 10285**

Date or dates debt was incurred

Last 4 digits of account number   **3  0  0  1**

As of the petition filing date, the claim is: **$70,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card - Gold**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Brazos Forest**

**600B Industrial Blvd**

**Austin, TX 78745**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: **$39,369.97**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Capital One**

**P.O Box 30285**

**Salt Lake City, UT 84130**

Date or dates debt was incurred

Last 4 digits of account number   **9  2  5**

As of the petition filing date, the claim is: **$19,272.97**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Central Texas Mobility Authority**

**3300 N Interstate 35 Frontage Rd 300**

**Austin, TX 78705**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: **$2,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tolls**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Artisan's Cabinetry and Woodworks, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**   Additional Page

---

**3.9**  **Nonpriority creditor's name and mailing address**

Christopher Wallace

Po Box 551

Taylor, TX 76574-0551

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $250,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  ?? Purchase and COVID Loan Inflation

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.10**  **Nonpriority creditor's name and mailing address**

CHTD Company

Po Box 2576

Springfield, IL 62708-2576

**Date or dates debt was incurred**   10/09/2021

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**  UCC 21-0044682249

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.11**  **Nonpriority creditor's name and mailing address**

Citibank N.A

Po Box 6500

Sioux Falls, SD 57117-6241

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   l  a  c  e

**As of the petition filing date, the claim is:**   $8,800.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Credit Card

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.12**  **Nonpriority creditor's name and mailing address**

Citibank N.A

Po Box 6500

Sioux Falls, SD 57117-6241

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   l  a  c  e

**As of the petition filing date, the claim is:**   $14,212.20
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Credit Card

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor   **Artisan's Cabinetry and Woodworks, LLC**
         Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** unknown |

**3.13**

Nonpriority creditor's name and mailing address

**Corporation Service Company**

**P.O. Box 2576**

**Springfield, IL 62708**

Date or dates debt was incurred    8/16/23 8/22/23

Last 4 digits of account number    1  8  2  3

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UCC 23-0035969259

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14**

Nonpriority creditor's name and mailing address

**CT Corporation**

**330 N Brand Blvd Ste 700**

**Glendale, CA 91203-2336**

Date or dates debt was incurred    2/28/22

Last 4 digits of account number    0  5  0  2

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  UCC 22-0010110502

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15**

Nonpriority creditor's name and mailing address

**CT Corporation System**

**2929 Allen Pkwy Ste 3300**

**Houston, TX 77019-7112**

Date or dates debt was incurred    3/15/23

Last 4 digits of account number    0  4  6  0

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                      Merchant Cash Advance
Basis for the claim:  IOU

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16**

Nonpriority creditor's name and mailing address

**CT Corporation System**

**330 N Brand Blvd Ste 700**

**Glendale, CA 91203-2336**

Date or dates debt was incurred    4/3/23

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UCC 23-0014511431

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Artisan's Cabinetry and Woodworks, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$145,833.15**
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**

EBF Holdings/Everest Business Funding

5 W 37th St # 1100

New York, NY 10018-6222

Date or dates debt was incurred    5/24/23

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$145,833.15**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**

Evans Cabinet Doors

308 W First St

Brenham, TX 77833-3606

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$68,983.58**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**

Hardware Resources

4319 Marlena St

Bossier City, LA 71111-7503

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$10,530.92**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**

Lawrence Gabriel

4007 Fm 979

Cameron, TX 76520-5079

Date or dates debt was incurred    8/2023

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**    **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Personal Loan for payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Artisan's Cabinetry and Woodworks, LLC**
Name

Case number *(if known)* _____

---

## Part 2: Additional Page

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,140.50 |
|---|---|---|---|

**Lone Star Tool**

**2544 Shell Rd**

**Georgetown, TX 78628**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $550,000.00 |
|---|---|---|---|

**Lorraine Martinez**

**906 W Lake Dr**

**Taylor, TX 76574-1521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

?? Purchase and COVID
Basis for the claim: **Loan Inflation**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,144.48 |
|---|---|---|---|

**McKillican**

**29 Cypress Blvd**

**Round Rock, TX 78665-1002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74,147.57 |
|---|---|---|---|

**Oakwood Business Funding LLC**

**101 Chase Ave Ste 208**

**Lakewood, NJ 08701-4762**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    6/30/2023

Basis for the claim: **Merchant Cash Advance**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Artisan's Cabinetry and Woodworks, LLC**
        Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,665.37 |
|---|---|---|---|

**3.25** Nonpriority creditor's name and mailing address

R.S. Hughes

5666 Randolph Blvd

San Antonio, TX 78233-6162

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$1,665.37**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Raistone Purchasing LLC Serie XXXV UCC

360 Madison Ave Floor 22

New York, NY 10017

Date or dates debt was incurred  **11/25/2022**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **UCC**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

Rite Space Storage

11520 Hero Way W

Leander, TX 78641-3467

Date or dates debt was incurred  **09/01/2023**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$2,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Storage Unit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Sherwin Williams

101 Prospect Ave Nw Ste 1650

Cleveland, OH 44115-1093

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$43,613.23**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor     Artisan's Cabinetry and Woodworks, LLC                                    Case number *(if known)* _____
           Name

## Part 2: Additional Page

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $480,000.00 |
|---|---|---|---|

**Simmons Bank**

**4625 S National Ave**

**Springfield, MO 65810-2772**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     **3/29/2018**

Last 4 digits of account number   __ __ __ __

**Basis for the claim:  SBA Laon**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|

**Southwest Chase Visa**

**PO Box 15298**

**Wilmington, DE 19850-5298**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     _____

Last 4 digits of account number   **4  8  9  4**

**Basis for the claim:  Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.10 |
|---|---|---|---|

**Suburban Propane**

**2100 Old Airport Rd**

**Georgetown, TX 78626-3600**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|

**Texas Wood Supply**

**2233 Nw Loop 410**

**San Antonio, TX 78230-5308**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   **Artisan's Cabinetry and Woodworks, LLC**                    Case number *(if known)* _____
         Name

---

**Part 2:**  Additional Page

---

**3.33**  Nonpriority creditor's name and mailing address

**Texas Workforce Commission**

**101 E 15th Street**

**78778**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.34**  Nonpriority creditor's name and mailing address

**Voorwood**

**2350 Barney Rd**

**Anderson, CA 96007-4306**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$902.00

---

**3.35**  Nonpriority creditor's name and mailing address

**Wells Fargo Card Services**

**P.O. Box 51193**

**Los Angeles, CA 90051**

Date or dates debt was incurred _____

Last 4 digits of account number  l _ a _ c _ e

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$29,438.29

---

**3.36**  Nonpriority creditor's name and mailing address

**Wells Fargo Visa**

**Po Box 51193**

**Los Angeles, CA 90051-5493**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$29,438.00

---

Debtor  **Artisan's Cabinetry and Woodworks, LLC**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

| | | |
|---|---|---|
| **3.37** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,657.98 |

**Wurth Louis and Company**

**3023 Interstate Dr**

**San Antonio, TX 78219-1708**

As of the petition filing date, the claim is: $4,657.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  __Artisan's Cabinetry and Woodworks, LLC__                    Case number *(if known)* _____
             Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Berkovitch & Bouskila PLLC**<br>**1545 Route 202 # 101**<br>**Pomona, NY 10970-2951** | Line **3.2**<br>☐ Not listed. Explain _____ | **t  e  r  y** |
| 4.2 | **Rapid Ruling**<br>**14 Penn Plz Ste 1315**<br>**New York, NY 10122-1390** | Line **3.2**<br>☐ Not listed. Explain _____ | **t  e  r  y** |
| 4.3 | **Simmon Bank**<br>**16610 Interstate 45 S**<br>**Conroe, TX 77384-4130** | Line **3.29**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 | **Small Business Administration**<br>**2120 Riverfront Drive 100**<br>**Little Rock, AR 72202** | Line **3.29**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 | **US Attorney- Civil Process Clerk (IRS)**<br>**601 Nw Loop 410 Ste 600**<br>**San Antonio, TX 78216-5512** | Line **2.20**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 | **US Attorney- Civil Process Clerk (IRS)**<br>**601 Nw Loop 410 Ste 600**<br>**San Antonio, TX 78216-5512** | Line **2.21**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 | **US Attorney- Civil Process Clerk (IRS)**<br>**601 Nw Loop 410 Ste 600**<br>**San Antonio, TX 78216-5512** | Line **2.22**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   **Artisan's Cabinetry and Woodworks, LLC**
          Name

Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$250,612.14** |
| 5b.  **Total claims from Part 2** | 5b. **+** | **$2,188,136.77** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,438,748.91** |

Fill in this information to identify the case:

Debtor name _____Artisan's Cabinetry and Woodworks, LLC_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease<br>Contract to be ASSUMED | Church Street Building LTD<br>Todd Routh |
| State the term remaining | 60 months | 11701 Bee Caves Rd 262 |
| List the contract number of any government contract | | Austin, TX 78738 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name     **Artisan's Cabinetry and Woodworks, LLC**

United States Bankruptcy Court for the:     **Western**     District of     **Texas**
                                                    (State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
                                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____  <br> _____  <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____  <br> _____  <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____  <br> _____  <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____  <br> _____  <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____  <br> _____  <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor  **Artisan's Cabinetry and Woodworks, LLC**
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

Fill in this information to identify the case:

Debtor name _____ Artisan's Cabinetry and Woodworks, LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*........................................................................................... | $0.00

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*....................................................................................... | $592,458.76

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*......................................................................................... | $592,458.76

---

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $568,323.65

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... | $250,612.14

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | + $2,188,136.77

4. **Total liabilities**................................................................................................................. | $3,007,072.56

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____Artisan's Cabinetry and Woodworks, LLC_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,100,000.00 |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $6,138,446.00 |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,250,899.00 |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    Artisan's Cabinetry and Woodworks, LLC                                    Case number (if known)
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. IOU<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | 6/28/23<br>07/05/2023<br>07/12/2023<br>07/19/2023<br>07/26/2023 | $27,462.15 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. EBF Holdings/Everest Business Funding<br>Creditor's name<br>5 W 37th St # 1100<br>Street<br><br>New York, NY 10018-6222<br>City          State     ZIP Code | 6/30/23<br>07/07/2023<br>07/14/2023<br>07/21/2023<br>07/28/2023 | $29,166.70 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. Oakwood<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | 7/3/23<br>07/10/2023<br>07/17/2023<br>07/24/2023<br>07/31/2023 | $24,715.95 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. Simmon Bank<br>Creditor's name<br>16610 Interstate 45 S<br>Street<br><br>Conroe, TX 77384-4130<br>City          State     ZIP Code | 09/5/2023<br>08/05/2023<br>07/05/2023 | $28,857.30 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5. LG Funding<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | 07/07/2023<br>07/14/2023<br>07/21/2023<br>07/28/2023 | $15,984.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor  Artisan's Cabinetry and Woodworks, LLC
     Name

Case number (if known)

| 3.6. | Overton | 07/07/2023 | $23,200.00 | ☐ Secured debt |
|------|---------|-----------|-----------|----------------|
| | Creditor's name | 09/14/2023 | | ☑ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | 07/21/2023 | | ☐ Other _____ |
| | | 07/28/2023 | | |
| | City          State     ZIP Code | | | |

| 3.7. | Globex Funding , LLC | 07/18/2023 | $12,490.00 | ☐ Secured debt |
|------|---------|-----------|-----------|----------------|
| | Creditor's name | 07/19/2023 | | ☑ Unsecured loan repayments |
| | 2360 Lakewood Rd Ste 2 | | | ☐ Suppliers or vendors |
| | Street | 07/20/2023 | | ☐ Services |
| | | 07/21/2023 | | ☐ Other _____ |
| | Toms River, NJ 08755-1929 | 07/24/2023 | | |
| | City          State     ZIP Code | 07/25/2023 | | |
| | | 07/26/2023 | | |
| | | 07/27/2023 | | |
| | | 07/28/2023 | | |
| | | 07/31/2023 | | |

| 3.8. | Alva Advance | 07/19/2023 | $30,365.01 | ☑ Secured debt |
|------|---------|-----------|-----------|----------------|
| | Creditor's name | 07/20/2023 | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Street | 07/21/2023 | | ☐ Services |
| | | 07/24/2023 | | ☐ Other _____ |
| | City          State     ZIP Code | 07/25/2023 | | |
| | | 07/26/2023 | | |
| | | 07/27/2023 | | |
| | | 07/28/2023 | | |
| | | 07/31/2023 | | |

| 3.9. | American Express | 7/23 | $39,791.00 | ☐ Secured debt |
|------|---------|-----------|-----------|----------------|
| | Creditor's name | | | ☑ Unsecured loan repayments |
| | 200 Vesey Street | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | New York, NY 10285 | | | |
| | City          State     ZIP Code | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

Debtor     Artisan's Cabinetry and Woodworks, LLC                                    Case number (if known)
                Name

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ | _____ | _____ | _____ |
| Creditor's name | _____ | | _____ |
| Street | _____ | | _____ |
| _____ | _____ | | _____ |
| City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | | _____ | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Globex Funding LLC v. Artisan's Cabinetry and Woodworks and Christopher Wallace | Debt Collection | Supreme Court of the State of New York County of Kings Name  360 Adams St Street  Brooklyn, NY 11201 City         State    ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |

| Case number |
|---|
| 524522/2023 |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name _____ | | _____ |
| | Street _____ | Case title _____ | Court name and address _____ Name _____ |
| | City      State   ZIP Code _____ | Case number _____ | Street _____ |
| | | Date of order or assignment _____ | City      State   ZIP Code _____ |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name _____ | _____ | _____ | _____ |
| | Street _____ | | | |
| | City      State   ZIP Code _____ | | | |
| | Recipient's relationship to debtor _____ | | | |

---

## Part 5:  Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

Debtor  Artisan's Cabinetry and Woodworks, LLC      Case number *(if known)*
    Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | KVC GROUP, LLC d/b/a NATIONAL CREDIT PARTNERS,<br>**Address** | Fee | 08/25/2023 | $5,400.00 |

Street

City     State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

Debtor

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | **Trustee** | | | |

Debtor  Artisan's Cabinetry and Woodworks, LLC                                    Case number (if known)
            Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City            State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:**  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____  To _____ |
| Street | |
| City            State      ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  Artisan's Cabinetry and Woodworks, LLC    Case number *(if known)* _____
      Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City  State  ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

Debtor    Artisan's Cabinetry and Woodworks, LLC          Case number (if known)

Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City      State     ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | AAA Alliance Self Storage | | ASAP parts and service, exchange, | ☐ No |
| | Name | | and storage $1500.00 | ☑ Yes |
| | 6335 Camp Bullis Rd | | | |
| | Street | | | |
| | | Address | | |
| | San Antonio, TX 78257-9720 | | | |
| | City      State     ZIP Code | | | |

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Rite Space Storage | | Storage Unit--empty $0.00 | ☑ No |
| | Name | | | ☐ Yes |
| | 11520 Hero Way W | | | |
| | Street | | | |
| | | Address | | |
| | Leander, TX 78641-3467 | | | |
| | City      State     ZIP Code | | | |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City      State     ZIP Code | | | |

Debtor   Artisan's Cabinetry and Woodworks, LLC                                    Case number *(if known)*
         Name

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

Debtor ___Artisan's Cabinetry and Woodworks, LLC___   Case number *(if known)* _____
           Name

---

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. A Balanced Income<br>Name<br><br>1808 Burr Parkway<br>Street<br><br>Leander, TX 78641<br>City    State    ZIP Code | From 2018    To present |
| 26a.2. ACW Employee<br>Name<br><br>115 Eagle Point Dr<br>Street<br><br>Kingsland, TX 78639-4443<br>City    State    ZIP Code | From 2018    To present |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | From _____   To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

---

Debtor     Artisan's Cabinetry and Woodworks, LLC                                              Case number (if known)
           Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| City                    State              ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City                    State              ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                    State              ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher Wallace | Po Box 551 Taylor, TX 76574-0551 | Managing Member/President, Owner | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

Debtor    Artisan's Cabinetry and Woodworks, LLC      Case number *(if known)*

Name

From _____

To _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br><br> Name <br><br> Street <br><br> _____ <br> City     State    ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ | _____ | _____ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/09/2023
     MM/ DD/ YYYY

**X** /s/ Christopher Wallace         Printed name      Christopher Wallace

Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Managing Member

Debtor _Artisan's Cabinetry and Woodworks, LLC_                    Case number (*if known*) _____
        Name

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name        Artisan's Cabinetry and Woodworks, LLC

United States Bankruptcy Court for the:

           Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Alva Advance LLC<br>300 Arthur Godfrey Rd Ste 201a<br>Miami Beach, FL 33140-3627 | (603) 460-5379<br>accountant@alvaadvance.com | Merchant Cash Advance | | | | $104,590.00 |
| 2 | American Express<br>Po Box 981535<br>El Paso, TX 79998-1535 | | Credit Card | | | | $70,000.00 |
| 3 | American Express<br>200 Vesey Street<br>New York, NY 10285 | | Credit Card - Platinum | | | | $70,000.00 |
| 4 | American Express<br>200 Vesey Street<br>New York, NY 10285 | | Credit Card - Gold | | | | $70,000.00 |
| 5 | Brazos Forest<br>600B Industrial Blvd<br>Austin, TX 78745 | | | | | | $39,369.97 |
| 6 | Comptroller of Public Accounts<br>C/O Office of the Attorney General Bankruptcy Collection Division MC-008<br>PO Box 12548<br>Austin, TX 78711-2548 | | Franchise Tax 2022 | | | | $21,000.00 |
| 7 | EBF Holdings/Everest Business Funding<br>5 W 37th St # 1100<br>New York, NY 10018-6222 | | Merchant Cash Advance | | | | $145,833.15 |
| 8 | Evans Cabinet Doors<br>308 W First St<br>Brenham, TX 77833-3606 | | | | | | $68,983.58 |

Debtor ___Artisan's Cabinetry and Woodworks, LLC_____  Case number *(if known)* _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Globex Funding , LLC<br>2360 Lakewood Rd Ste 2<br>Toms River, NJ 08755-1929 | | Merchant Cash Advance | | $79,754.45 | $225,001.00 | $58,464.93 |
| 10 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | | Federal ERTC Amend 2021 | | | | $93,861.00 |
| 11 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | | Federal Payroll Tax 2023 | | | | $35,600.00 |
| 12 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | | Federal ERTC Amend 2020 | | | | $28,064.00 |
| 13 | IOU Financial<br>600 Townpark Ln Nw Ste 100<br>Kennesaw, GA 30144-3736 | | Promissory Note | | $258,324.52 | $225,001.00 | $258,324.52 |
| 14 | Oakwood Business Funding LLC<br>101 Chase Ave Ste 208<br>Lakewood, NJ 08701-4762 | (848) 373-6512 | Merchant Cash Advance | | | | $74,147.57 |
| 15 | Sherwin Williams<br>101 Prospect Ave Nw Ste 1650<br>Cleveland, OH 44115-1093 | | | | | | $43,613.23 |
| 16 | Simmons Bank<br>4625 S National Ave<br>Springfield, MO 65810-2772 | | SBA Laon | | | | $480,000.00 |
| 17 | Southwest Chase Visa<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | Credit Card | | | | $30,000.00 |
| 18 | Texas Wood Supply<br>2233 Nw Loop 410<br>San Antonio, TX 78230-5308 | | | | | | $25,000.00 |
| 19 | Wells Fargo Card Services<br>P.O. Box 51193<br>Los Angeles, CA 90051 | | Credit Card | | | | $29,438.29 |
| 20 | Wells Fargo Visa<br>Po Box 51193<br>Los Angeles, CA 90051-5493 | | Credit Card | | | | $29,438.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Artisan's Cabinetry and Woodworks,**
     **LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     10/09/2023     Signature              /s/ Christopher Wallace
                                                 Christopher Wallace, Managing Member

Action Lift
3010 CoRd 175
Leander, TX 78641

Aguirre Barajas, Jorge
3011 Bull Run
Taylor, TX 76574

Alva Advance LLC
300 Arthur Godfrey Rd Ste 201a
Miami Beach, FL 33140-3627

American Express
Po Box 981535
El Paso, TX 79998-1535

American Express
200 Vesey Street
New York, NY 10285

Aubrey Thrasher
12 Powder Springs St Ste 240
Marietta, GA 30064-7205

Basulto, Angel
604 Martin Luther King Jr St
Georgetown, TX 78626-5545

Berkovitch & Bouskila PLLC
1545 Route 202 # 101
Pomona, NY 10970-2951

Brazos Forest
600B Industrial Blvd
Austin, TX 78745

Capital One
P.O Box 30285
Salt Lake City, UT 84130

Cardoza, Anthony
3708 Rocky Hollow Trl A
Georgetown, TX 78628-0456

Carrillo, Adam
2313 Butler Way
Round Rock, TX 78665-4667

Castro, Elvis
24803 Catalan Clf
San Antonio, TX 78261-2440

Central Texas Mobility
Authority
3300 N Interstate 35 Frontage Rd 300
Austin, TX 78705

Chacon, Brianna M
24803 Catalan Clf
San Antonio, TX 78261-2440

Christopher Wallace
Po Box 551
Taylor, TX 76574-0551

CHTD Company
Po Box 2576
Springfield, IL 62708-2576

Citibank N.A
Po Box 6500
Sioux Falls, SD 57117-6241

Comptroller of Public
Accounts
C/O Office of the Attorney General
Bankruptcy Collection Division MC-008
PO Box 12548
Austin, TX 78711-2548

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

Crow, Cody W
2325 County Road 127
Georgetown, TX 78626-2442

CT Corporation System
2929 Allen Pkwy Ste 3300
Houston, TX 77019-7112

CT Corporation System
330 N Brand Blvd Ste 700
Glendale, CA 91203-2336

David Fogel PC
1225 Franklin Ave Ste 522
Garden City, NY 11530-1753

Dockens, Meagan A
1104 Morning Glory Cir
New Braunfels, TX 78130-8056


Duarte, Primitivo
7216 Bethune Ave B
Austin, TX 78752


EBF Holdings/Everest
Business Funding
5 W 37th St # 1100
New York, NY 10018-6222


Evans Cabinet Doors
308 W First St
Brenham, TX 77833-3606


Flores, Pedro S
1304 W Jackson St
Bartlett, TX 76511-4070


Garcia, Eddie B
508 E 20th St
Georgetown, TX 78626-8037


Garcia, Gabriel
736 W Clark St
Bartlett, TX 76511-4214


Garcia, Magdalena
201 Highland Dr Apt 622
Taylor, TX 76574-1850

Globex Funding , LLC
2360 Lakewood Rd Ste 2
Toms River, NJ 08755-1929

Gonzalez Peres, Reno
1001 Quail Valley Dr Apt 7201
Georgetown, TX 78626-8083

Grewe, James
235 Eland Dr
San Antonio, TX 78213-3963

Hardware Resources
4319 Marlena St
Bossier City, LA 71111-7503

Hardwood Specality Products
Po Box 551
Taylor, TX 76574-0551

Hernandez Rojas, Humberto
2200 Tower Dr
Georgetown, TX 78626-7900

Hernandez, Andy
2200 Tower Dr
Georgetown, TX 78626-7900

Herrera, Fernando
512 Simon St
Taylor, TX 76574-4363

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


IOU Financial
600 Townpark Ln Nw Ste 100
Kennesaw, GA 30144-3736


Jimenez, William M
1807 Holly Springs Dr
Taylor, TX 76574-1771


Juan-Huesca, Omar
500 Big Sur Trl
Taylor, TX 76574-7048


Juan-Huesca, Oscar
2803 Tyler Ln
Taylor, TX 76574-5350


Lainez W, Jose
1007 Kajon Cv
Georgetown, TX 78626-4625


Lainez Zavala, Roger A
1809 Rustlers Rd
Round Rock, TX 78681-1981


Lawrence Gabriel
4007 Fm 979
Cameron, TX 76520-5079

Lay, Toby C
905 N 10th St
Temple, TX 76501-2649

LG Funding LLC
1218 Union St
Brooklyn, NY 11225-1512

Liberman & Klestzick
Po Box 356
Cedarhurst, NY 11516-0356

Lone Star Tool
2544 Shell Rd
Georgetown, TX 78628

Lorraine Martinez
906 W Lake Dr
Taylor, TX 76574-1521

Luna, Jr., Alfonso R
Po Box 563
Granger, TX 76530-0563

Martinez Peres, Carlos
604 Martin Luther King Jr St
Georgetown, TX 78626-5545

McKillican
29 Cypress Blvd
Round Rock, TX 78665-1002

Mendoza, Jr., Julian C
116 Willow Dr
Hutto, TX 78634-3081


Meyer, Christopher T
4114 Belle Grove St
San Antonio, TX 78230-1604


Nellis, Glenn F
1019 Burkett St C
Taylor, TX 76574-3343


Oakwood Business Funding
LLC
101 Chase Ave Ste 208
Lakewood, NJ 08701-4762


Overton Funding LLC
2802 N 29th Ave
Hollywood, FL 33020-1506


Perry, Connie A
1316 Town Center Dr Apt 2833
Pflugerville, TX 78660-7301


R.S. Hughes
5666 Randolph Blvd
San Antonio, TX 78233-6162


Raistone Purchasing LLC Serie
XXXV UCC
360 Madison Ave Floor 22
New York, NY 10017

Rapid Ruling
14 Penn Plz Ste 1315
New York, NY 10122-1390


Rite Space Storage
11520 Hero Way W
Leander, TX 78641-3467


Rodriguez, Paul L
1103 Vance St A
Taylor, TX 76574-2919


Sanchez Rojas, Fernando
1001 Quail Valley Dr Apt 7201
Georgetown, TX 78626-8083


Sherwin Williams
101 Prospect Ave Nw Ste 1650
Cleveland, OH 44115-1093


Simmon Bank
16610 Interstate 45 S
Conroe, TX 77384-4130


Simmons Bank
4625 S National Ave
Springfield, MO 65810-2772


Small Business
Administration
2120 Riverfront Drive 100
Little Rock, AR 72202

Southwest Chase Visa
PO Box 15298
Wilmington, DE 19850-5298


Suburban Propane
2100 Old Airport Rd
Georgetown, TX 78626-3600


Texas Wood Supply
2233 Nw Loop 410
San Antonio, TX 78230-5308


Texas Workforce Commission
101 E 15th Street
78778


Torres, Gerard
1001 Quail Valley Dr Apt 2202
Georgetown, TX 78626-8073


Turcios Navarro, Jorge A
113 Ronald Rd
Georgetown, TX 78626-7652


United States Trustee AU12
903 San Jacinto Blvd 230
Austin, TX 78701-2450


US Attorney- Civil Process
Clerk (IRS)
601 Nw Loop 410 Ste 600
San Antonio, TX 78216-5512

Villalobos, Jr., Arthur
610 Elliott St
Taylor, TX 76574-3749


Voorwood
2350 Barney Rd
Anderson, CA 96007-4306


Wallace, Christopher B
906 W Lake Dr
Taylor, TX 76574-1521


Wells Fargo Card Services
P.O. Box 51193
Los Angeles, CA 90051


Wells Fargo Visa
Po Box 51193
Los Angeles, CA 90051-5493


Whistler, Joan L
115 Eagle Point Dr
Kingsland, TX 78639-4443


Wurth Louis and Company
3023 Interstate Dr
San Antonio, TX 78219-1708

**Fill in this information to identify the case:**

Debtor name _____Artisan's Cabinetry and Woodworks, LLC_____

United States Bankruptcy Court for the:

_____Western District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/09/2023___          **X** _/s/ Christopher Wallace_____
          MM/ DD/ YYYY                Signature of individual signing on behalf of debtor

                              _Christopher Wallace_____
                              Printed name

                              _Managing Member_____
                              Position or relationship to debtor